UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MICHAEL DALY d/b/a MODDED HARDWARE, an individual,<br><br>Defendant. | Case No. 24-958<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Plaintiff Nintendo of America Inc. ("NOA") hereby provides the following corporate disclosures: NOA is a wholly-owned subsidiary of its parent corporation Nintendo Co., Ltd. ("NCL.") NCL's stock is publicly traded in Japan. There is no other publicly held corporation that owns 10% or more of Nintendo's stock.

Dated: June 28, 2023

s/Mark P. Walters
Mark P. Walters (Bar No. 30819)
LOWE GRAHAM JONES
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301
Email: walters@lowegrahamjones.com

Marc E. Mayer (*pro hac vice*)
Mark C. Humphrey (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel.   (310) 312-3154
Email: marc.mayer@msk.com
mxh@msk.com

*Attorneys for Defendants*
*NINTENDO OF AMERICA INC.*