AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# SCHEDULE A
## Representative Copyrighted Works Infringed by Defendant

| Title of Work | Registration No. |
|---|---|
| 1080 [degree] (ten-eighty) snowboarding | PA0000822524 / PA0000906713 |
| Donkey Kong (Game Boy edition) | PA0000760749 |
| Donkey kong | PA0000547470 / PA0000115040 |
| Dr. Mario | PA0000551794 |
| Dr. Mario - Dr. Mario : NES version | PA0000606775 / PA0000552363 |
| Dr. Mario 64 | PA0001082200 |
| Excitebike | PA0000547466 / PA0000254906 |
| F-1 Race | PA0000540572 |
| F-Zero | PA0000578843 |
| F-Zero : GP legend : F-Zero : Falcon Densetsu : F-Zero : the legend of Falcon | PA0001250352 |
| F-zero maximum velocity | PA0001255599 |
| F-Zero X | PA0000875298 |
| Golf | PA0000246462 |
| Ice climber | PA0000547463 / PA0000254907 |
| Mario Kart--Super circuit | PA0001108898 |
| Mario vs. Donkey Kong | PA0001255592 |
| Metroid | PA0000547461 / PA0000356142 |
| NES Yoshi's cookie | PA0000659599 |
| Paper Mario | PA0001116341 |
| Star Fox 64 | PA0000670945 |
| Super Mario Advance | PA0001208068 |
| Super Mario advance 4 : Super Mario bros. 3 | PA0001283738 |
| Super Mario Bros | PA0000547457 / PA0000273028 |
| Super Mario Bros. : the lost levels | PA0000712594 |
| Super Mario Kart | PA0000593952 |
| Super Mario Land 2 | PA0000596913 |
| Super Mario World | PA0000576039 / PAu002116393 / PA0000757139 |
| Super Mario world 2, Yoshi's island | PA0000760295 |
| Super Mario world Super Mario advance 2 | PA0001250086 |
| Super Marioland | PA0000786376 / PA00005332077 |
| The Legend of Zelda | PA0000356140 / PA0000547462 |
| The legend of Zelda : A link to the past : Four swords | PA0001276015 / PA0000576040 |
| The legend of Zelda : Link's awakening (Game Boy version) | PA0000772666 |
| The Legend of Zelda: Majora's Mask | PA0000941058 |

# SCHEDULE A
# Representative Copyrighted Works Infringed by Defendant

| Title | Registration No. |
|---|---|
| The Legend of Zelda: Ocarina of Time | PA0000901848 |
| Wario Land 4 | PA0000847028 |
| Wario Land: Super Mario Land 3 | PA0000760776 |
| Warioware : twisted | PA0001292357 |
| Warrioware, Inc. : mega microgames | PA0001216874 |
| Wave Race 64 | PA0000783997 |
| Yoshi's Island : Super Mario advance 3 | PA0001227771 |
| Yoshi's Safari | PA0000641582 |
| Yoshi's Story | PA0000822341 |
| Zelda II : The Adventure of Link | PA0000427613 |