THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MICHAEL DALY d/b/a MODDED HARDWARE, an individual,<br><br>Defendant. | Case No. 2:24-cv-00958-GJL<br><br>**NOTICE OF CONSENTED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

Notice is hereby given that counsel for the plaintiff Nintendo of America Inc. has been in communication with counsel for the Defendant, Ms. Angela Jackson, Esq. of Hooper Hathaway P.C. in Ann Arbor Michigan. Counsel for Nintendo is informed that Mr. Daly is currently seeking local counsel in Washington to appear on his behalf and the parties have agreed to a thirty-day extension of time for Mr. Daly to answer the complaint or otherwise plead in response to the complaint. With this extension of time, Mr. Daly is expected to answer or otherwise please on or before September 17, 2024.

///

///

NOTICE OF CONSENTED EXTENSION OF TIME
CASE NO. 2:24-CV-00958

1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated:  August 15, 2024

                s/Mark P. Walters
Mark P. Walters (Bar No. 30819)
LOWE GRAHAM JONES
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301
Email: walters@lowegrahamjones.com

Marc E. Mayer (*pro hac vice*)
Mark C. Humphrey (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel.    (310) 312-3154
Email: marc.mayer@msk.com
mxh@msk.com

*Attorneys for Defendants*
*NINTENDO OF AMERICA INC.*

NOTICE OF CONSENTED EXTENSION
OF TIME
CASE NO. 2:24-CV-00958

2

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301