THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MICHAEL DALY d/b/a MODDED HARDWARE, an individual,<br><br>Defendant. | Case No. 2:24-cv-00958-GJL<br><br>**NOTICE OF CONSENTED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

Notice is hereby given that counsel for the plaintiff Nintendo of America Inc. has been in communication with counsel for the Defendant, Ms. Angela Jackson, Esq. of Hooper Hathaway P.C. in Ann Arbor Michigan. The parties have agreed to an additional two-week extension of time for Mr. Daly to answer the complaint or otherwise plead in response to the complaint. With this extension of time, Mr. Daly is expected to answer or otherwise please on or before October 1, 2024.

///

///

//

**NOTICE OF CONSENTED EXTENSION OF TIME**
**CASE NO. 2:24-CV-00958**

1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| Dated: September 20, 2024 | s/Mark P. Walters<br>Mark P. Walters (Bar No. 30819)<br>LOWE GRAHAM JONES<br>1325 Fourth Avenue, Suite 1130<br>Seattle, WA 98101<br>Telephone: +1 206 381 3300<br>Fax: +1 206 381 3301<br>Email: walters@lowegrahamjones.com<br><br>Marc E. Mayer (*pro hac vice*)<br>Mark C. Humphrey (*pro hac vice*)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Tel.    (310) 312-3154<br>Email: marc.mayer@msk.com<br>mxh@msk.com<br><br>*Attorneys for Defendants*<br>NINTENDO OF AMERICA INC. |

**NOTICE OF CONSENTED EXTENSION OF TIME**
**CASE NO. 2:24-CV-00958**

2

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301