UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC, <br><br> Plaintiff(s), <br><br> v. <br><br> RYAN MICHAEL DALY, <br><br> Defendant(s). | CASE NO. 2:24-cv-00958-GJL <br><br> ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION |

| | |
|---|---|
| Jury Trial is set for | Oct. 20, 2025 at 09:00 AM in D Courtroom <br> Length of Trial: 3 Days |
| Joinder of Parties Deadline | Mar. 31, 2025 |
| Expert Witness Disclosure/Report Deadline | Apr. 23, 2025 |
| Discovery Deadline | Jun. 23, 2025 |
| Dispositive Motions Deadline | July 22, 2025 |
| 39.1 Mediation Completion Deadline | Sep. 22, 2025 |
| Motions in Limine Deadline (Motions will be ruled on at pre-trial conference.) | Sep. 22, 2025 |
| Pre-trial Order Deadline | Oct. 8, 2025 |

ORDER SETTING TRIAL DATE & RELATED DATES – 1

| | |
|---|---|
| Trial Brief, Proposed Voir Dire Questions and Jury Instructions Deadline | Oct. 8, 2025 |
| Pretrial Conference | Oct. 14, 2025 at 10:00 AM in D Courtroom |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify my Deputy Clerk, Kelly Miller, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Kelly Miller via e-mail at: kelly_miller@wawd.uscourts.gov as soon as possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the CR 16.1 procedure for numbering exhibits; plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered beginning with 500. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Should this case settle, counsel shall notify Deputy Clerk, Kelly Miller, at kelly_miller@wawd.uscourts.gov. Pursuant to CR 3(b), an attorney who fails to give prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED November 20, 2024

GRADY J. LEUPOLD
United States Magistrate Judge