The Honorable Grady J. Leupold

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MICHAEL DALY d/b/a MODDED HARDWARE, an individual,<br><br>Defendants. | CASE NO.24-CV-00958-GJL<br>*Assigned to Hon. Grady J. Leupold*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN CORRECTED SCHEDULING ORDER**<br><br>NOTE ON MOTION CALENDAR: March 28, 2025 |

## STIPULATION

WHEREAS, the current deadline for Joinder of Additional Parties, per this Court's Corrected Scheduling Order (ECF 23), is set for March 31, 2025;

WHEREAS, Plaintiff Nintendo of America Inc. ("NOA") and Defendant Ryan Michael Daly d/b/a Modded Hardware ("Daly") (each a "Party" and together the "Parties") do not yet have sufficient information to ascertain whether additional parties should be joined to this case;

WHEREAS, the Discovery Deadline, per the Court's Corrected Scheduling Order, is set for June 23, 2025;

STIPULATION AND [PROPOSED] ORDER - 1
20608663.3

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

WHEREAS, Daly's responses to NOA's outstanding Discovery requests are currently due April 2, 2025;

WHEREAS, Daly requires additional time to complete his responses to NOA's outstanding Discovery requests, and NOA has agreed to grant Daly a 30-day extension;

WHEREAS, the various deadlines set forth in the Court's Corrected Scheduling Order are interdependent and should be extended concurrently;

WHEREAS, the Parties are continuing to discuss potential resolution of the case;

WHEREAS, the Parties, through undersigned counsel, have met and conferred regarding the foregoing, and agree that good cause exists to extend the deadlines set forth in the Court's Corrected Scheduling Order by 90 days.

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the deadlines set forth in the Court's Corrected Scheduling Order are extended as set forth below:

| Event | Date |
| --- | --- |
| Jury Trial is set for | Jan. 19, 2026 at 09:00 AM in D Courtroom |
| Joinder of Parties Deadline | Jun. 30, 2025 |
| Expert Witness Disclosure/Report Deadline | Jul. 22, 2025 |
| Discovery Deadline | Sep. 22, 2025 |
| Dispositive Motions Deadline | Oct. 20, 2025 |
| 39.1 Mediation Completion Deadline | Dec. 22, 2025 |
| Motions in Limine Deadline | Dec. 22, 2025 |
| Pre-trial Order Deadline | Jan. 6, 2026 |
| Trial Brief, Proposed Voir Dire Questions and Jury Instructions Deadline | Jan. 6, 2026 |
| Pretrial Conference | Jan 12, 2026 |

DATED: March 28, 2025

*/s/ Mark P. Walters*

Mark P. Walters (Bar No. 30819)
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101

STIPULATION AND [PROPOSED] ORDER - 2
20608663.3

|   |   |
|---|---|
| 1 | Telephone: (206) 381-3300 |
| 2 | Fax: (206) 381-3301 |
|   | Email: walters@lowegrahamjones.com |
| 3 |   |
|   | Respectfully submitted, |
| 4 | By: /s/*Marc E. Mayer* |
|   | Marc E. Mayer (*pro hac vice*), |
| 5 | Mitchell Silberberg & Knupp LLP |
|   | 2049 Century Park East, 18th Floor |
| 6 | Los Angeles, CA 90067-3120 |
|   | Telephone: (310) 312-2000 |
| 7 | Facsimile: (310) 312-3100 |
|   | Email: marc.mayer@msk.com |

Attorneys for Plaintiff NINTENDO OF AMERICA INC

DATED: March 28, 2025

Respectfully submitted,
By: /s/*Ryan Daly*
Ryan Daly (*pro se*),
2248 North Henderson Road
Davison, MI 48423
Email: ryandalyproductions@gmail.com

STIPULATION AND [PROPOSED] ORDER - 3

20608663.3

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**PROPOSED ORDER**

THIS MATTER is before the Court on the Parties' stipulated motion for leave to extend the deadlines set forth in the Court's Corrected Scheduling Order (ECF 23).

NOW THEREFORE, for GOOD CAUSE shown, the Court HEREBY ORDERS THAT the deadlines set forth in the Court's Corrected Scheduling Order are extended as set forth below:

| | |
|---|---|
| Jury Trial is set for | Jan. 19, 2026 at 09:00 AM in D Courtroom |
| Joinder of Parties Deadline | Jun. 30, 2025 |
| Expert Witness Disclosure/Report Deadline | Jul. 22, 2025 |
| Discovery Deadline | Sep. 22, 2025 |
| Dispositive Motions Deadline | Oct. 20, 2025 |
| 39.1 Mediation Completion Deadline | Dec. 22, 2025 |
| Motions in Limine Deadline | Dec. 22, 2025 |
| Pre-trial Order Deadline | Jan. 6, 2026 |
| Trial Brief, Proposed Voire Dire Questions and Jury Instructions Deadline | Jan. 6, 2026 |
| Pretrial Conference | Jan 12, 2026 |

IT IS SO ORDERED.

DATED: _____

_____

Grady J. Leupold

United States District Judge

STIPULATION AND [PROPOSED] ORDER - 4
20608663.3

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301