UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN MICHAEL DALY, <br><br> Defendant. | CASE NO. 2:24-cv-00958-GJL <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

Presently before the Court is the Parties' Stipulated Motion to Extend Deadlines set forth in the Corrected Scheduling Order. Dkt. 24.

WHEREAS, the current deadline for Joinder of Additional Parties, per this Court's Corrected Scheduling Order (Dkt. 23), is set for March 31, 2025;

WHEREAS, Plaintiff Nintendo of America Inc. ("NOA") and Defendant Ryan Michael Daly d/b/a Modded Hardware ("Daly") (each a "Party" and together the "Parties") do not yet have sufficient information to ascertain whether additional parties should be joined to this case;

WHEREAS, the Discovery Deadline, per the Court's Corrected Scheduling Order, is set for June 23, 2025;

WHEREAS, Daly's responses to NOA's outstanding Discovery requests are currently due April 2, 2025;

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1

1  WHEREAS, Daly requires additional time to complete his responses to NOA's
2  outstanding Discovery requests, and NOA has agreed to grant Daly a 30-day extension;
3  WHEREAS, the various deadlines set forth in the Court's Corrected Scheduling Order
4  are interdependent and should be extended concurrently;
5  WHEREAS, the Parties are continuing to discuss potential resolution of the case;
6  WHEREAS, the Parties, through counsel, have met and conferred regarding the
7  foregoing, and agree that good cause exists to extend the deadlines set forth in the Court's
8  Corrected Scheduling Order by 90 days.
9  It is hereby **ORDERED** that, based on the stipulation of the parties and demonstration of
10 good cause, the Stipulated Motion to Extend Deadlines (Dkt. 24), is **GRANTED**.
11 //
12 //
13 //

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2

The deadlines set forth in the Court's Corrected Scheduling Order are **EXTENDED** and set forth as follows:

| | |
|---|---|
| Jury Trial is set for | Jan. 20, 2026 at 09:00 AM in G Courtroom |
| Joinder of Parties Deadline | Jun. 30, 2025 |
| Expert Witness Disclosure/Report Deadline | Jul. 22, 2025 |
| Discovery Deadline | Sep. 22, 2025 |
| Dispositive Motions Deadline | Oct. 20, 2025 |
| 39.1 Mediation Completion Deadline | Dec. 22, 2025 |
| Motions in Limine Deadline | Dec. 22, 2025 |
| Pre-trial Order Deadline | Jan. 6, 2026 |
| Trial Brief, Proposed Voir Dire Questions and Jury Instructions Deadline | Jan. 6, 2026 |
| Pretrial Conference | Jan 14, 2026 at 10:00 AM in G Courtroom |

Dated this 9th day of April, 2025.

Grady J. Leupold
United States Magistrate Judge