THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NINTENDO OF AMERICA INC., a
Washington Corporation,

        Plaintiff,

    v.

RYAN MICHAEL DALY  d/b/a MODDED
HARDWARE, an individual,

        Defendants.

CASE NO.24-CV-00958-GJL
*Assigned to Hon. Grady J. Leupold*

**STIPULATION AND
[PROPOSED] ORDER TO
EXTEND DEADLINE FOR
EXPERT REPORTS**

NOTE ON MOTION CALENDAR:
JULY 8, 2025

## **STIPULATION**

This joint stipulation, by and between Plaintiff Nintendo of America Inc. ("NOA") and Defendant Ryan Michael Daly ("Daly"), is based on the following facts:

1.   On June 28, 2024, NOA filed its Complaint in this action, asserting claims for trafficking in circumvention devices, direct and indirect copyright infringement, breach of contract, and tortious interference with contract, arising from Defendants' alleged sale and distribution of certain hardware devices and services that modify the operation of the Nintendo Switch video game console8

2.   Pursuant to the Court's April 9, 2025 (Modified) Scheduling Order, Trial in this action currently is set for January 20, 2026.  The Discovery cut-off is September 22, 2025.  The deadline for expert disclosures is July 22, 2025.

3.   On May 29, 2025, NOA served a Notice of Deposition of Defendant for June 25, 2025, in Detroit, Michigan, which is within 100 miles of Defendants' place of residence.  However,

STIPULATION AND [PROPOSED] ORDER - 1
20871424.1

LOWE GRAHAM JONES ᴾˡˡᶜ
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1  Defendant, through his Michigan counsel, has notified NOA that he is unavailable for deposition

2  until July 31, 2025.

3      4.    The current deadline for expert disclosures is July 22, 2025.  Thus, if NOA is unable to

4  take Defendants' deposition until July 31, 2025, NOA's expert will be unable to consider

5  Defendants' deposition testimony in his analysis.

6      5.    In order to accommodate both Defendants' schedule and avoid prejudice to NOA, the

7  parties have agreed to request that the Court continue the deadline for expert disclosures by

8  approximately three weeks: from July 22, 2025 to August 15, 2025.  The parties believe that good

9  cause exists for this requested continuance.

10     6.    The parties do not request any other modifications or alterations to the Court's

11 Scheduling Order.  The parties agree that they shall not be prejudiced by the relief requested in this

12 stipulation.

13     IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the deadline

14 for expert reports shall be extended by 24 days, from July 22, 2025, to August 15, 2025.

15

16 DATED: July 8, 2025

17                                      Mark P. Walters (Bar No. 30819)
                                        LOWE GRAHAM JONES PLLC
18                                      1325 Fourth Avenue, Suite 1130
                                        Seattle, WA 98101
19                                      Telephone: (206) 381-3300
                                        Fax: (206) 381-3301
20

21                                      Email: walters@lowegrahamjones.com

22                                      Respectfully submitted,
                                        By: /s/Marc E. Mayer
23                                      Marc E. Mayer (*pro hac vice*),
                                        Mitchell Silberberg & Knupp LLP
24                                      2049 Century Park East, 18th Floor
                                        Los Angeles, CA  90067-3120
25                                      Telephone: (310) 312-2000
                                        Facsimile: (310) 312-3100
26                                      Email:  marc.mayer@msk.com

27                                      Attorneys for Plaintiff NINTENDO OF AMERICA
                                        INC
28

STIPULATION AND [PROPOSED] ORDER - 2

1   DATED: July 8th, 2025

2                                        Respectfully submitted,
                                         By:  /s/*Ryan Daly*                    _____
3                                        Ryan Daly (*pro se*),
                                         2248 North Henderson Road
4                                        Davison, MI 48423
                                         Email:  ryandalyproductions@gmail.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER - 3

1

**<u>PROPOSED ORDER</u>**

2

3
  THIS MATTER is before the Court on the Parties' stipulated motion for leave to extend the

4
deadline for expert reports.

5
  NOW THEREFORE, for GOOD CAUSE shown, the Court HEREBY ORDERS THAT the

6
deadline for expert reports is extended from **July 22, 2025** to **August 15, 2025.**  All other pre-trial

7
deadlines remain unchanged.

8
  IT IS SO ORDERED.

9

DATED: _____

10

11
          _____

          Grady J. Leupold

12
          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER - 4