UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINTENDO OF AMERICA, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>RYAN MICHAEL DALY,<br><br>   Defendant. | CASE NO. 2:24-cv-00958-GJL<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO EXTEND DEADLINE FOR EXPERT REPORTS |

Before the Court is the parties' Stipulated Motion for Leave to Extend the Deadline for Expert Reports. Dkt. 26. Upon review, the Court finds good cause and **GRANTS** the Motion. Dkt. 26. The deadline for expert reports is extended to **August 15, 2025**. All other pre-trial deadlines (*see* Dkt. 25) shall **REMAIN IN EFFECT**.

Dated this 10th day of July, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO EXTEND DEADLINE FOR EXPERT REPORTS - 1